UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ELVIN CASTRO,
Individually, and on Behalf of All
Others Similarly Situated,

                            Plaintiff,

    -against-

MY HERO DELI,
DOMINICK FARESE, and
ANTHONY FARESE,

                            Defendants.
------------------------------------------------------------------X

**MEMORANDUM AND ORDER**

2:23-cv-06398 (SIL)

**STEVEN I. LOCKE, United States Magistrate Judge:**

On January 5, 2024, in this wage and hour action brought pursuant to the Fair Labor Standards Act of 1938 ("FLSA"), 29 U.S.C. § 201 *et seq.*, and the New York Labor Law ("NYLL"), N.Y. Lab. Law § 190 *et seq.*, Plaintiff Elvin Castro submitted a joint motion seeking approval of a Settlement Agreement (the "Settlement Agreement").[1] *See* DE [19].  On February 8, 2024, the parties appeared before this Court for a fairness hearing pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206 (2d Cir. 2015).  *See* DE [20].

Having reviewed the parties' joint submissions in support of their application, the Court finds that the Settlement Agreement's terms are fair and reasonable.  *See Cheeks*, 796 F.3d at 206; *see also Wolinsky v. Scholastic Inc.*, 900 F. Supp. 2d 332, 335 (S.D.N.Y. 2012) (requiring that a district court scrutinize an FLSA settlement

---

[1] This action has been assigned to this Court for all purposes pursuant to 28 U.S.C. § 636(c).  *See* Docket Entry ("DE") [18].

2

agreement to determine that it is fair and reasonable).  Accordingly, the Settlement Agreement is approved, and the Clerk of the Court is directed to close this case.

Dated:   Central Islip, New York    **SO ORDERED.**
        February 8, 2024

<u>/s/ Steven I. Locke</u>
STEVEN I. LOCKE
United States Magistrate Judge